HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Jose De Jesus De Luna

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-0366 AWI-BAM |
| Plaintiff, | STIPULATION AND  ORDER TO CONTINUE CHANGE OF PLEA |
| vs. | DATE:   June 9, 2014 |
| JOSE DE JESUS DE LUNA, | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the change of plea hearing in the above-captioned matter now set for May 27, 2014, may be continued to June 9, 2014 at 10:00 a.m.

The parties have reached a resolution on this case.  However, defense counsel would request additional time to review and conform the plea agreement with client.  The parties anticipate proceeding with change of plea and sentencing on the requested date.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 22, 2014 | By: | /s/ *Mia Giacomazzi*<br>MIA GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 22, 2014 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE DE JESUS DE LUNA |

**O R D E R**

IT IS SO ORDERED.

Dated: May 22, 2014           _____
                                SENIOR DISTRICT JUDGE